STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. WILLIAM J. SMITH, DEFENDANT-RESPONDENT.

Argued January 9, 1973—Decided January 9, 1973.

*Mr. Fred H. Kumpf,* Deputy Attorney General, argued the cause for plaintiff-appellant (*Mr. George F. Kugler, Jr.,* Attorney General of New Jersey, attorney, *Mr. Fred H. Kumpf,* Deputy Attorney General, of counsel and on the brief.)

*Mr. Philip J. Blanda, Jr.,* argued the cause for defendant-respondent (*Messrs. Blanda & Blanda,* attorneys; *Mr. Philip J. Blanda, Jr.* on the brief.)

PER CURIAM. A petition for certification having been submitted to this Court, and the Court having considered the same,

It is the unanimous view of the Court that the petition for certification is granted, (62 *N. J.* 192) that the judgment is reversed, with a mandate to reinstate count 1 with the explicit limitation: count 1 will be limited to the events specified in 2, 3, 4 and 5.

*For reversal* — Chief Justice WEINTRAUB and Justices JACOBS, HALL and MOUNTAIN and Judges SULLIVAN and LEWIS—6.

*Opposed*—None.